IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CANAN AYDIN**, <br><br>   Plaintiff, <br><br> v. <br><br> **DEPUTY DIRECTOR ASTER ZELEKE**, <br> *Deputy Director of the Newark Asylum Office of the USCIS*, et al., <br><br>   Defendants. | **CIVIL ACTION** <br><br> **NO. 24-6253-KSM** |

**ORDER**

**AND NOW** this 5th day of December, 2025, upon consideration of Defendants' Motion to Dismiss (Doc. No. 7), Plaintiff's opposition brief (Doc. No. 9), and Defendants' reply brief (Doc. No. 10), it is **ORDERED** that the motion is **GRANTED** as follows:

   1.   To the extent Plaintiff's claims are brought pursuant to the Mandamus Act, they are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

   2.   To the extent Plaintiff's claims are brought pursuant to the Administrative Procedures Act (APA), they are **DISMISSED WITH PREJUDICE**.[1]

   3.   The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**

---

[1] This does not, however, foreclose Aydin's ability to bring a future APA claim should USCIS continue to delay adjudication of her application, such that the delay becomes unreasonable.